IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-490-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDY LEE TYLER, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on defendant's motion (D.E. 19) to seal the documents at docket entries 16 and 16-1. The reasons provided in the motion and the content of the document at docket entry 16 warrants that the documents at docket entries 16 and 16-1 be sealed. For the same reasons, the court's order pursuant to docket entry 16 should also be sealed. Therefore, for good cause shown, the motion to seal is GRANTED, and the Clerk is DIRECTED to seal the documents at docket entries 16 and 16-1 as well as the court's order pursuant to docket entry 16 until such time as unsealed by the court.

SO ORDERED, this 30th day of December 2019.

James E. Gates
United States Magistrate Judge