UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-cr-00490-H

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| RANDY LEE TYLER | |

On motion of the Defendant, Randy Lee Tyler, and for good cause shown, it is hereby ORDERED that **DE 27** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 28th day of January 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge